```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                         INDICTMENT
                                    :
     v.
                                    :    07 Cr.
WALID EL-ASHKAR,
     a/k/a "Walld Elajhkar,"             07 CRIM 635
     a/k/a "Walld El-Ashkar,"
                                    :
     Defendant.
                                    :
------------------------------------x
```

COUNT ONE

The Grand Jury charges:

From on or about November 8, 2005, through on or about January 11, 2007, in the Southern District of New York and elsewhere, WALID EL-ASHKAR, also known as "Walld Elajhkar," also known as "Walld El-Ashkar," the defendant, unlawfully, wilfully, and knowingly did make under oath and as permitted under penalty of perjury under section 1746 of title 28, United States Code, did subscribe as true, false statements with respect to material facts in an application, affidavit and other document required by the immigration laws and regulations prescribed thereunder, and did present such application, affidavit, and other document which contained such false statements, to wit, EL-ASHKAR completed a Form I-687 Application for Status as a Temporary Resident, in which he falsely stated that he had entered the United States

prior to January 1, 1982.

      (Title 18, United States Code, Sections 1546(a).)


_____      _Michael J. Garcia_
FOREPERSON                                  MICHAEL J. GARCIA
                                             United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v -

**WALID EL-ASHKAR,**
  a/k/a "Walid Elajhkar,"
  a/k/a "Walid El-Ashkar,"

**Defendant.**

**INDICTMENT**

07 Cr.

18 U.S.C. § 1546(a)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

7/12/07 Filed Indictment. Case assigned to Judge Preska.