

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/07

**By Facsimile**

The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Walid El-Ashkar, 07 Cr. 635 (LAP)

Dear Judge Preska:

(1) This matter was assigned to Your Honor today, July 12, 2007. Arraignment and an initial pre-trial conference before Your Honor has been scheduled for Wednesday, July 18, 2007, at 4:00 p.m. Enclosed please find an unsigned copy of the indictment for Your Honor's files. I will send Your Honor and defense counsel a signed copy as soon as I receive one.

(2) The Government respectfully requests that the Court exclude time from today until July 18, 2007 pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to collect and produce discovery to the defendant. Defense counsel consents to this request for the exclusion of time.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

SO ORDERED
[signature: Loretta A. Preska]
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 13, 2007

cc: Roland Thau, Esq. (by fax)